UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

REBECCA CHESSER )
)
v. ) NO. 2:12-CV-214
)
CAROLYN W. COLVIN )
Acting Commissioner of Social Security )

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. [Doc.31].[1] After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the plaintiff's motion for attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(A) is **GRANTED**. [Doc. 24 as amended by Doc.30]. Accordingly, a sum of $7,608.90 for attorney fees plus the sum of $855.00 in costs is awarded to the plaintiff.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

---

[1] In response to the plaintiff's motion, the defendant filed a response that the defendant did not oppose payment of attorney fees and costs to the plaintiff. [Doc. 28]